**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: April D. Fresh aka April D. Palmer<br>Delmas F. Fresh<br>                      Debtor(s) | BK. NO. 18-21199 JAD |
| Toyota Motor Credit Corporation<br>                      Movant<br>                      v.<br>April D. Fresh aka April D. Palmer<br>Delmas F. Fresh<br>                      Respondent<br>                      and<br>TRonda J. Winnecour, Trustee<br>                      Additional Respondent | CHAPTER 13<br><br>Related to Docket #_____24_____ |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

      AND NOW, this 8th day of August, 2018, at Pittsburgh, upon Motion of Toyota Motor Credit Corporation, it is

      **ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Toyota Rav4, VIN: 2T3DFREV6HW637863, in a commercially reasonable manner.

                                                  *[signature]* jsf
                                             United States Bankruptcy Judge

cc: See attached service list:

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

FILED
8/8/18 3:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

April D. Fresh aka April D. Palmer
267 Hardin Hollow Road
Smithfield, PA 15478

Delmas F. Fresh
267 Hardin Hollow Road
Smithfield, PA 15478

Daniel R. White Esq.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401
dwhite@zeblaw.com

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-21199-JAD
Delmas F. Fresh                                                 Chapter 13
April D. Fresh
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dkam            Page 1 of 1            Date Rcvd: Aug 08, 2018
                               Form ID: pdf900       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db/jdb         +Delmas F. Fresh,    April D. Fresh,    267 Hardin Hollow Road,    Smithfield, PA 15478-1527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
              Daniel R. White    on behalf of Joint Debtor April D. Fresh dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Delmas F. Fresh dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5