UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 18-21199 JAD |
| Delmas F. Fresh and April D. Fresh, | : | Chapter 13 |
| Debtors. | : | Document No.: _____ |
| Delmas F. Fresh and April D. Fresh, | : | Related to Document No.: __ |
| Movants, | : | |
| vs. | : | |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| Respondents | : | |

## CERTIFICATION OF NO OBJECTION OF DEBTOR'S MOTION FOR PRIVATE SALE OF DEBTOR'S INTEREST IN REAL PROPERTY FREE AND CLEAR OF ALL MORTGAGES, LIENS, AND ENCUMBRANCES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Sell Property filed on September 25, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Sell Property appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than October 12, 2018.

It is hereby respectfully requested that the Order attached to the Motion to Sell Property be entered by the Court.

ZEBLEY MEHALOV & WHITE, P.C.
By:

Dated: October 15, 2018

/s/ Daniel R. White
Daniel R. White
PA I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
724-439-9200
Attorney for Debtors