IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 18-21199 JAD |
| | : | |
| Delmas F. Fresh and April D. Fresh, | : | Chapter 13 |
| | : | |
| Debtors. | : | Document No.: _____ |
| | : | |
| Delmas F. Fresh and April D. Fresh, | : | Related to Document No.: __ |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| Respondents | : | |

### CERTIFICATE OF SERVICE OF THE COURT'S OCTOBER 25, 2018, ORDER CONFIRMING SALE OF PROPERTY FREE AND DIVESTED OF LIENS

     I, Daniel R. White, Attorney for Debtors, certify that on October 29, 2018, I served a copy of Court Order dated October 25, 2018, confirming private sale of property free and divested of liens upon Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail, U.S. Trustee, via electronic mail, interested parties listed below by first class mail and upon all creditors listed on the attached clerk's mailing matrix.

BY ELECTRONIC NOTICE
on October 29, 2018

                                                Ronda J. Winnecour, Esquire
                                                Chapter 13 Trustee
                                                3250 USX Tower
                                                600 Grant Street
                                                Pittsburgh, PA 15219

                                                United States Trustee's Office
                                                Suite 970, Liberty Center
                                                1001 Liberty Avenue
                                                Pittsburgh, PA 15222

                                                Darrell Fox and Glenda Fox
                                                c/o Phillip D. Mooney
                                                Reeder and Shuman
                                                256 High Street
                                                P.O. Box 842
                                                Morgantown, WV 26507-0842
                                                Purchasers

Total number of parties served: 3
Method of Service: Electronic Notice
Executed on: October 29, 2018

                                ZEBLEY MEHALOV & WHITE, P.C.

                                /s/ Daniel R. White
                              Daniel R. White
                              Pa. I.D. No. 78718
                              P.O. Box 2123
                              Uniontown, PA 15401
                              (724) 439-9200
                              Email: dwhite@Zeblaw.com