## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| DELMAS F. FRESH and APRIL D. FRESH, | Case No.: 18-21199 |
| Debtors. | The Honorable Jeffrey A. Deller |
| CLEAR MOUNTAIN BANK, | |
| Movant, | |
| v. | |
| No Respondent. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Clear Mountain Bank hereby appears in the above-captioned case by its counsel, Nicholas J. Godfrey, Esq. and Dinsmore & Shohl LLP, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010(b).

Dated: July 17, 2019

/s/ Nicholas J. Godfrey
Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.281.5000 (t)
412.281.5055 (f)
nicholas.godfrey@dinsmore.com

*Counsel for Clear Mountain Bank*

15196671v1