# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| DELMAS F. FRESH and APRIL D. FRESH, | Case No.: 18-21199 |
| Debtors. | The Honorable Jeffrey A. Deller |
| CLEAR MOUNTAIN BANK, | |
| Movant, | |
| v. | |
| No Respondent. | |

## CERTIFICATE OF SERVICE FOR
## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

    I hereby certify that a true and correct copy of the Notice of Appearance and Request for Notice (CM/ECF Doc. No. 55) was filed and served upon the following this 17th day of July, 2019

    Service by NEF:

**United States Trustee, Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**Ronda J. Winnecour, Chapter 13 Trustee**
cmecf@chapter13trusteewdpa.com
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

**Daniel R. White on behalf of Debtors Delmas F. Fresh and April D. Fresh**
dwhite@zeblaw.com, gianna@zeblaw.com
dwhite.zmw@gmail.com, r63228@notify.bestcase.com
Zebley Mehalov & White, P.C.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401

15197901v1

**James Warmbrodt on behalf of Creditor Toyota Motor Credit Corporation**
bkgroup@kmllawgroup.com
KML Law Group P.C.
2591 Wexford-Bayne Road
Suite 201
Sewickley, PA 15143

Service by First-Class Mail

**ECMC**
P.O. Box 16408
St. Paul, MN 55116

**PRA Receivables Management LLC**
P.O. Box 41067
Norfolk, VA 23541

**PRA Receivables Management LLC**
P.O. Box 41021
Norfolk, VA 23541

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was service by NEF and service by First-Class Mail.

If more than one method of service was employed, this Certificate of Service groups the parties by the type of service. For example, the full name, e-mail address, and, where applicable, the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail is listed under the heading "Service by First-Class Mail."

Dated: July 17, 2019

/s/ Nicholas J. Godfrey
Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.281.5000 (t)
412.281.5055 (f)
nicholas.godfrey@dinsmore.com

*Counsel for Clear Mountain Bank*