**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/06/2020

IN RE:

DELMAS F. FRESH
APRIL D. FRESH
267 HARDIN HOLLOW ROAD
SMITHFIELD, PA  15478
XXX-XX-3154          Debtor(s)

XXX-XX-7424

Case No.18-21199 JAD

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/6/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Claim Details |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0929 |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number:2  INT %: 4.44%<br>Court Claim Number:1<br>CLAIM: 24,203.83<br>COMMENT: CL1GOV*$CL-PL@4.4%/PL*910/PL*ALLY FNNCL/SCH | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6165 |
| **CLEAR MOUNTAIN BANK**<br>PO BOX 205<br>BRUCETON MILLS, WV 26525 | Trustee Claim Number:3  INT %: 0.00%<br>Court Claim Number:28-2<br>CLAIM: 0.00<br>COMMENT: PMT/PL-CL*DECLAR*DKT4LMT-PMT*BGN 4/18*AMD | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5452 |
| **FAYETTE COUNTY TAX CLAIM BUR**<br>COURT HOUSE<br>61 E MAIN ST<br>UNIONTOWN, PA 15401 | Trustee Claim Number:4  INT %: 9.00%<br>Court Claim Number:2<br>CLAIM: 5,465.76<br>COMMENT: CL2GOV*$@9%/CL-PL*2016-17/CL-PL*NO%~PRI/CL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0049 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490**<br>CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:8-2<br>CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL*AMD CL=$0 SEC*W/52 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1588 |
| **WYNDHAM VACATION RESORTS INC**<br>WYNDHAM SPECIAL SERVICES<br>PO BOX 97474<br>LAS VEGAS, NV 89195 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL*TIMESHARE/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4869 |
| **SHERYL HEID**<br>4 N BEESON AVE<br>UNIONTOWN, PA 15401 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GUNTER HAYES AND ASSOCIATES**<br>3200 WEST TYLER ST STE D<br>PO BOX 10870<br>CONWAY, AZ 72034 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PINNACLE RECOVERY INC**<br>POB 130848<br>CARLSBAD, CA 92013 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:10 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 908.00<br>COMMENT: $/CL-PL@0%/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3154 |

| Creditor | Trustee Claim # / INT % | Court Claim # | CRED DESC / Account No. | Claim | Comment |
|---|---|---|---|---|---|
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | 11 / 0.00% | 3 | PRIORITY CREDITOR <br> ACCOUNT NO.: 3154 | 58.00 | $/CL-PL@0%/PL*17/SCH |
| **ECMC(*)** <br> LOCKBOX #8682 <br> PO BOX 16478 <br> ST PAUL, MN 55116-0478 | 12 / 0.00% | 5 | UNSECURED CREDITOR <br> ACCOUNT NO.: 7424 | 4,042.88 | 0002~AES/SCH*FR SUNTRUST/PHEAA-DOC 51 |
| **BANK OF AMERICA NA**** <br> PO BOX 15102 <br> WILMINGTON, DE 19886-5102 | 13 / 0.00% | 20 | UNSECURED CREDITOR <br> ACCOUNT NO.: 0782 | 5,265.88 | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | 14 / 0.00% | 13 | UNSECURED CREDITOR <br> ACCOUNT NO.: 2562 | 2,748.84 | BARCLAYS BANK DE/SCH*WYNDHAM |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | 15 / 0.00% | 15 | UNSECURED CREDITOR <br> ACCOUNT NO.: 0994 | 3,714.11 | CITIBANK/BEST BUY |
| **CAPITOL INSURANCE COMPANY** <br> E. F. BARRETT AGENCY <br> 1154 FIFTH AVENUE <br> EAST MCKEESPORT, PA 15035 | 16 / 0.00% | | UNSECURED CREDITOR <br> ACCOUNT NO.: KGDS | 0.00 | NT ADR/SCH |
| **CENTRAL CARDIOVASCULAR ASSOCIATES** <br> 1350 LOCUST ST STE 100 <br> PITTSBURGH, PA 15219-4738 | 17 / 0.00% | | UNSECURED CREDITOR <br> ACCOUNT NO.: 5001 | 0.00 | |
| **CLEAR MOUNTAIN BANK** <br> PO BOX 205 <br> BRUCETON MILLS, WV 26525 | 18 / 0.00% | 29-2 | UNSECURED CREDITOR <br> ACCOUNT NO.: 1200 | 3,716.00 | AMD |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | 19 / 0.00% | 24 | UNSECURED CREDITOR <br> ACCOUNT NO.: 1690 | 507.59 | MHC RECEIVABLES/FNBM LLC*CREDIT ONE BANK/SCH |
| **CREDIT PROTECTION ASSOC** <br> 13355 NOEL RD <br> 21ST FLOOR <br> DALLAS, TX 75240 | 20 / 0.00% | | UNSECURED CREDITOR <br> ACCOUNT NO.: 1876 | 0.00 | ATLANTIC BROADBAND/SCH |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT GPCC I LLC**<br>C/O QUANTUM 3 GROUP<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 296.45<br>COMMENT: INDIGO MC*CELTIC BANK~GENESIS BANKCARD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0611 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 2,563.09<br>COMMENT: CITIBANK/HOME DEPOT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4484 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~HOT TOPIC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6335 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 159.76<br>COMMENT: NO ACCT~MAGEE WOMENS HOSPITAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7424 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:27<br>CLAIM: 4,919.89<br>COMMENT: 5413/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3754 |
| **MON HEALTH MEDICAL CENTER**<br>PO BOX 660<br>MORGANTOWN, WV 26507-0660 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 38X1 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 133.95<br>COMMENT: NY AND COMPANY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0936 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 9,008.88<br>COMMENT: FR ONEMAIN-DOC 38 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4368 |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 2,226.62<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8585 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PAYPAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4294 |

| Creditor | Trustee Claim # | INT % | Court Claim # | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|---|
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | 31 | 0.00% | 25 | 18,552.86 | | UNSECURED CREDITOR | 3754 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | 32 | 0.00% | | 0.00 | W PENN PWR/SCH | UNSECURED CREDITOR | 7503 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | 33 | 0.00% | 14 | 1,978.29 | SYNCHRONY BANK~RURAL KING/SCH | UNSECURED CREDITOR | 3679 |
| **SOUTHWOOD PSYCHIATRIC HOSPITAL**<br>2575 BOYCE PLAZA ROAD<br>PITTSBURGH, PA 15241-3994 | 34 | 0.00% | 26 | 250.00 | | UNSECURED CREDITOR | 0634 |
| **SPRINT CORP(*)**<br>PO BOX 3326<br>ENGLEWOOD, CO 80155-3326 | 35 | 0.00% | 9 | 831.74 | | UNSECURED CREDITOR | 4658 |
| **UNIVERSITY HEALTH ASSOC**<br>POB 780<br>MORGANTOWN, WV 26507-4009 | 36 | 0.00% | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 0923 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 37 | 0.00% | 18 | 269.39 | VICTORIAS SECRET/SCH | UNSECURED CREDITOR | 0997 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 38 | 0.00% | 16 | 3,438.03 | SYNCHRONY BANK~WALMART/SCH | UNSECURED CREDITOR | 0929 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI 48034-8339 | 39 | 0.00% | | 0.00 | | SPECIAL NOTICE ONLY | |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA 26501-7209 | 40 | 0.00% | | 0.00 | | SPECIAL NOTICE ONLY | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **DEBT COLLECTION PARTNER++**<br>1109 VAN VOORIS RD STE<br><br>MORGANTOWN, WV 26505 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FIDELITY PROPERTIES++**<br>POB 2055<br><br>ALLIANCE, OH 44601 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PENN CREDIT CORP++**<br>POB 988*<br><br>HARRISBURG, PA 17108 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **RECEIVABLES PERFORMANCE MANAGEMENT**<br>20816 44TH AVE W<br><br>LYNNWOOD, WA 98036 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CLEAR MOUNTAIN BANK**<br>PO BOX 205<br><br>BRUCETON MILLS, WV 26525 | Trustee Claim Number:46 INT %: 0.00%<br>Court Claim Number:28-2<br>CLAIM: 500.64<br>COMMENT: $/CL-PL*THRU 3/18*AMD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5452 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:47 INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 165.24<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7424 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:48 INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 536.78<br>COMMENT: NT/SCH*NORTHSTAR CAPITAL/CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3868 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:49 INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 313.27<br>COMMENT: NT/SCH*CVF CONSUMER/AT AND T | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6302 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:50 INT %: 0.00%<br>Court Claim Number:23<br>CLAIM: 488.61<br>COMMENT: NT/SCH*CVF CONSUMER/CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9359 |

| | | |
|---|---|---|
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  TOYOTA MOTOR CREDIT CORP/PRAE | |
| | | |
| **TOYOTA MOTOR CREDIT CORP** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:8-2 | ACCOUNT NO.:  1588 |
| POB 3001 | | |
| | CLAIM:  17,216.62 | |
| MALVERN, PA  19355-0701 | COMMENT:  NO GEN UNS/SCH*DEFICIENCY*AMD*W/5 | |
| | | |
| **DINSMORE & SHOHL LLP** | Trustee Claim Number:53  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| SIX PPG PL STE 1300 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15222 | COMMENT:  CLEAR MTN BANK/PRAE | |