IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-21199 JAD |
| | : | |
| Delmas F. Fresh and April D. Fresh, | : | Chapter 13 |
| | : | |
| Debtors, | : | Related to Claim Nos. 21, 22 and 23 |
| | : | |
| Delmas F. Fresh and April D. Fresh, | : | Document No. ___ |
| | : | |
| Movants, | : | |
| | : | Hearing Date and Time: May 27, 2020, |
| vs. | : | at 11:00 a.m. |
| | : | |
| LVNV Funding LLC c/o Resurgent | : | Responses Due: May 1, 2020 |
| Capital Services, | : | |
| | : | |
| Respondent. | : | |

CERTIFICATION OF NO OBJECTION
TO OBJECTION TO ALLOWANCE OF CLAIMS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Allowance of Claims filed on April 14, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Allowance of Claims appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than May 1, 2020.

It is hereby respectfully requested that the Order attached to the Objection to Allowance of Claims be entered by the Court.

Dated: May 4, 2020

ZEBLEY MEHALOV & WHITE, P.C.

/s/ Daniel R. White
Daniel R. White
Pa. I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
Telephone (724) 439-9200