**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-21199 JAD |
| Delmas F. Fresh and April D. Fresh, | : | Chapter 13 |
| Debtors, | : | Related to Claim Nos. 21, 22 and 23 |
| Delmas F. Fresh and April D. Fresh, | : | Document No. ___ |
| Movants, | : | |
| vs. | : | Related to Doc. #61 |
| LVNV Funding LLC c/o Resurgent Capital Services, | : | |
| Respondent. | : | |

ORDER

AND NOW, this __22nd__ day of _____May_____, 2020, based upon the Objection of Debtors to Proofs of Claim Nos. 21, 22 and 23 filed by LVNV Funding LLC c/o Resurgent Capital Services, it is hereby ORDERED that the Proofs of Claim Nos. 21, 22 and 23 filed by LVNV Funding LLC c/o Resurgent Capital Services on June 6, 2018, are STRICKEN. These Proofs of Claim are entitled to no distribution under Debtors' confirmed Chapter 13 Plan.

BY THE COURT:

_sjk_

_____
United States Bankruptcy Judge
Jeffery A. Deller

FILED
5/22/20 11:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Delmas F. Fresh  
April D. Fresh  
    Debtors

Case No. 18-21199-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: nsha        Page 1 of 1        Date Rcvd: May 22, 2020  
                            Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2020.  
db          #+Delmas F. Fresh,   267 Hardin Hollow Road,   Smithfield, PA 15478-1527  
jdb         #+April D. Fresh,   267 Hardin Hollow Road,   Smithfield, PA 15478-1527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                                     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2020 at the address(es) listed below:  
        Daniel R. White   on behalf of Joint Debtor April D. Fresh zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
        Daniel R. White   on behalf of Debtor Delmas F. Fresh zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
        James Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
        Nicholas Godfrey   on behalf of Creditor   Clear Mountain Bank nicholas.godfrey@dinsmore.com, christina.lee@dinsmore.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                                                                                                                 TOTAL: 6