**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DELMAS F. FRESH<br>APRIL D. FRESH<br><br>          Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>           Movant<br>     vs.<br>SPRINT CORP(*)<br><br>          Respondents | Case No. 18-21199JAD<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> CREDITOR HAS FAILED TO CASH TRUSTEE'S DISTRIBUTION CHECKS AND HAS NOT RESPONDED TO TRUSTEE'S INQUIRIES.  MAIL HAS NOT BEEN RETURNED.

| | |
|---|---|
| SPRINT CORP(*)<br>PO BOX 3326<br>ENGLEWOOD, CO 80155-3326 | Court claim# 9/Trustee CID# 35 |

The Movant further certifies that on 05/20/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>     original creditor<br>     putative creditor<br>     counsel for debtor(s)<br>     counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>DELMAS F. FRESH, APRIL D. FRESH, 267 HARDIN HOLLOW ROAD, SMITHFIELD, PA 15478 | ORIGINAL CREDITOR:<br>SPRINT CORP(*), PO BOX 3326, ENGLEWOOD, CO  80155-3326 |
| :<br>SPRINT CORP**, ATTN BANKRUPTCY DEPT, PO BOX 7949, OVERLAND PARK, KS  66207-0949<br><br>NEW CREDITOR: | DEBTOR'S COUNSEL:<br>DANIEL R WHITE ESQ, TREMBA KINNEY GREINER & KERR, 1310 MORRELL AVE ST C, CONNELLSVILLE, PA  15425 |