File No.: 11781

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-21199 JAD |
| | : | |
| Delmas F. Fresh and April D. Fresh, | : | Chapter 13 |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| Daniel R. White and Tremba, Kinney, Greiner & Kerr, LLC, | : | Hearing Date and Time: October 15, 2024 at 10:00 a.m. |
| | : | |
| Applicants, | : | Responses due: September 30, 2024 |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

**CERTIFICATION OF NO OBJECTION OF APPLICATION OF DANIEL R. WHITE AND TREMBA, KINNEY, GREINER & KERR, LLC FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTORS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtors filed on September 12, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than September 30, 2024.

It is hereby respectfully requested that the Order attached to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtors be entered by the Court.

Dated: October 1, 2024

TREMBA, KINNEY, GREINER & KERR, LLC
BY:

/s/ Daniel R. White
PA ID: 78718
Tremba, Kinney, Greiner & Kerr, LLC
1310 Morrell Avenue
Connellsville, PA 15425
724-628-7955
dwhite@westpalawyers.com
Attorney for Debtors