**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 18-21199-JAD |
| Delmas F. Fresh | ) | Chapter 13 |
| April D. Fresh | ) | |
|     Debtor(s) | ) | Doc # __100__ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | FILED |
| vs. | ) | 11/1/24 11:26 am |
| Delmas F. Fresh | ) | CLERK |
| April D. Fresh | ) | U.S. BANKRUPTCY |
|     Respondent(s) | ) | COURT - WDPA |

**ORDER**

    AND NOW, this __1st__ day of __November__, **2024**, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED, ADJUDGED and DECREED:***

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☒    This case is **DISMISSED**, without prejudice.

    If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

    A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

    B.    This case is administratively closed. However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

    C.    The Clerk shall give notice to all creditors of this dismissal.

    D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

1

    E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

    (1)    the time deadline provided by state law; or

    (2)    30 days after the date of this notice.

☐ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective.

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed _____ with / _____ without prejudice, without further notice or hearing.

☐

    Other:

BY THE COURT:

Dated: 11/1/2024

jsf

United States Bankruptcy Judge
JEFFERY A. DELLER

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21199-JAD |
| Delmas F. Fresh | Chapter 13 |
| April D. Fresh | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Delmas F. Fresh, April D. Fresh, 267 Hardin Hollow Road, Smithfield, PA 15478-1527 |
| 14801068 | + | Capital Insurance Company, 2001 Joshua Road--Suite 300, Lafayette Hill, PA 19444-2431 |
| 14801069 | | Central Cardiovascular Associates, 1350 Locust Street--Suite 100, Pittsburgh, PA 15219-4738 |
| 14801070 | + | Clear Mountain Bank, P.O. Box 205, Bruceton Mills, WV 26525-0205 |
| 14801074 | + | Credit Protection Association, 13355 Noel Road--Suite 2100, Dallas, TX 75240-6837 |
| 14801076 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14801077 | + | Fayette County Tax Claim Bureau, c/o Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 14801078 | + | Fidelity Properties, P.O. Box 2055, Alliance, OH 44601-0055 |
| 14801080 | + | Gunter-Hayes & Associates, 3200 West Tyler Street--Suite D, P.O. Box 10870, Conway, AR 72034-0015 |
| 14801084 | + | Magee Womens Hospital, Attn: Billing Department, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14801085 | | Mariner Finance, P.O. Box 35394, Baltimore, MD 21222-7354 |
| 14801086 | | Mon Health Medical Center Clinics, 600 Suncrest Town Centre--Suite 310, Morgantown, WV 26505-1873 |
| 14801093 | | PNC Cardmember Services, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 14801097 | + | Southwood Psychiatric Hospital, 2575 Boyce Plaza Road, Pittsburgh, PA 15241-3994 |
| 14801101 | + | University Health Associates, P.O. Box 776, Morgantown, WV 26507-0776 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2024 00:57:45 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2024 00:29:17 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2024 00:58:20 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14801063 | + | Email/Text: bncnotifications@pheaa.org | Nov 02 2024 00:34:00 | AES/Suntrust, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14803782 | | Email/Text: ally@ebn.phinsolutions.com | Nov 02 2024 00:34:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14801064 | | Email/Text: ally@ebn.phinsolutions.com | Nov 02 2024 00:34:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14801065 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 02 2024 00:34:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998-2235 |
| 14859764 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 02 2024 00:34:00 | Bank of America, N.A., P O Box 982284, El Paso, |

Case 18-21199-JAD    Doc 106    Filed 11/03/24    Entered 11/03/24 23:31:31    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | | TX 79998-2284 |
| 14801066 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 02 2024 00:34:00 | Barclays Bank, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 14801067 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2024 00:26:33 | Best Buy Visa, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14801071 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 02 2024 00:34:00 | Credit Acceptance Corp., Silver Triangle Building, 25505 West Twelve Mile Road, Southfield, MI 48034-8316 |
| 14801072 | + | Email/Text: ccusa@ccuhome.com | Nov 02 2024 00:34:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 14801073 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2024 00:25:55 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14801075 | + | Email/Text: INFO@DCPWV.COM | Nov 02 2024 00:34:00 | Debt Collection Partners, 11 Commerce Driver--Suite 208, Westover, WV 26501-3858 |
| 14976008 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 02 2024 00:34:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14801079 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 02 2024 00:35:00 | Genesis Bankcard/Celtic Bank, 268 South State Street--Suite 300, Salt Lake City, UT 84111-5202 |
| 14801081 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2024 00:58:47 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14801082 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2024 00:34:00 | Hot Topic/Comenity Bank, P.O. Box 659450, San Antonio, TX 78265-9450 |
| 14801083 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2024 00:34:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14859841 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2024 00:57:43 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14859845 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2024 00:57:45 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14859803 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2024 00:57:52 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14877076 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 02 2024 00:34:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14801087 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2024 00:34:00 | New York & Company/Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14825001 | | Email/PDF: cbp@omf.com | Nov 02 2024 02:09:50 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14801088 | | Email/PDF: cbp@omf.com | Nov 02 2024 00:57:47 | One Main Financial, Fayette Crossing Shopping Center, 219 Walmart Drive--Suite C, Uniontown, PA 15401-8423 |
| 14801089 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2024 00:35:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14818712 | + | Email/Text: bncnotifications@pheaa.org | Nov 02 2024 00:34:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14860264 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 02 2024 00:34:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14801094 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2024 00:26:31 | Portfolio Recovery, 120 Corporate Boulevard--Suite 1, Norfolk, VA 23502 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14927317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2024 00:29:20 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14849454 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2024 00:58:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14802952 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2024 00:58:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14801090 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 02 2024 02:09:50 | Paypal Buyer Credit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14809572 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2024 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14801092 | + | Email/Text: bankruptcy@pinnaclerecovery.com | Nov 02 2024 00:35:00 | Pinnacle Recovery Inc., P.O. Box 130848, Carlsbad, CA 92013-0848 |
| 14853527 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2024 00:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14855822 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2024 00:34:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14833430 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2024 00:34:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14801095 | + | Email/Text: Supportservices@receivablesperformance.com | Nov 02 2024 00:35:00 | Receivables Performance Management, 20816 44th Avenue West--Suite 100, Lynnwood, WA 98036-7744 |
| 14801096 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 02 2024 00:25:55 | Rural King/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14801098 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 02 2024 00:26:32 | Sprint, P.O. Box 8077, London, KY 40742-8077 |
| 14830989 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 02 2024 00:58:48 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14801099 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 02 2024 00:34:00 | Toyota Financial Services, P.O. Box 8026, Cedar Rapids, IA 52408-8026 |
| 14828458 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 02 2024 00:34:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14967552 | | Email/PDF: bncnotices@becket-lee.com | Nov 02 2024 00:57:44 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14801100 | ^ | MEBN | Nov 01 2024 23:53:41 | Transworld Systems, Inc., 300 Cedar Ridge Drive--Suite 307, Pittsburgh, PA 15205-1159 |
| 14833633 | | Email/Text: BNCnotices@dcmservices.com | Nov 02 2024 00:34:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14849370 | | Email/Text: BNCnotices@dcmservices.com | Nov 02 2024 00:34:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14801102 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2024 00:34:00 | Victoria's Secret/Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14801103 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 02 2024 00:58:46 | Walmart MasterCard/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14801104 | | Email/Text: bankruptcydept@wyn.com | Nov 02 2024 00:35:00 | Wyndham Vacation Resorts, Inc., P.O. Box 97474, Las Vegas, NV 89195-0414 |

TOTAL: 52

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 67 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Clear Mountain Bank, P.O. Box 205, Bruceton Mills, WV 26525-0205 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14801091 | ##+ | Penn Credit, 916 South 14th Street, P.O. Box 988, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Joint Debtor April D. Fresh r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of Debtor Delmas F. Fresh r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com |
| Nicholas Godfrey | on behalf of Creditor Clear Mountain Bank nicholas.godfrey@dinsmore.com christina.lee@dinsmore.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6