**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DELMAS F. FRESH<br>APRIL D. FRESH<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-21199 JAD<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 03/29/2018 and confirmed on 05/18/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 132,565.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 132,565.00 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 5,000.00 | |
| 　Trustee Fee | 6,246.32 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,246.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　CLEAR MOUNTAIN BANK | 0.00 | 40,101.30 | 0.00 | 40,101.30 |
| 　　Acct: 5452 | | | | |
| 　CLEAR MOUNTAIN BANK | 500.64 | 500.64 | 0.00 | 500.64 |
| 　　Acct: 5452 | | | | |
| 　FAYETTE COUNTY TAX CLAIM BUREAU* | 5,465.76 | 5,465.76 | 499.63 | 5,965.39 |
| 　　Acct: 0049 | | | | |
| 　WYNDHAM VACATION RESORTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 4869 | | | | |
| 　ALLY BANK(*) | 12,480.04 | 12,480.04 | 2,200.54 | 14,680.58 |
| 　　Acct: 6165 | | | | |
| 　TOYOTA MOTOR CREDIT CORP (TMCC) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 1588 | | | | |
| | | | | 61,247.91 |
| Priority | | | | |
| 　DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　DELMAS F. FRESH | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ZEBLEY MEHALOV & WHITE PC(++) | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL R WHITE ESQ(++) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL R WHITE ESQ | 5,146.47 | 2,000.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXX2-24 | | | | |
| INTERNAL REVENUE SERVICE* | 908.00 | 908.00 | 0.00 | 908.00 |
| Acct: 3154 | | | | |
| PA DEPARTMENT OF REVENUE* | 58.00 | 58.00 | 0.00 | 58.00 |
| Acct: 3154 | | | | |
| FAYETTE COUNTY TAX CLAIM BUREAU* | 4,179.06 | 4,179.06 | 268.45 | 4,447.51 |
| Acct: 0049 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 248.97 | 248.97 | 0.00 | 248.97 |
| Acct: XXXXXXXCORP | | | | |
| | | | | 5,662.48 |
| **Unsecured** | | | | |
| ECMC(*) | 4,042.88 | 2,694.59 | 0.00 | 2,694.59 |
| Acct: 7424 | | | | |
| BANK OF AMERICA NA** | 5,265.88 | 3,509.73 | 0.00 | 3,509.73 |
| Acct: 0782 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 2,748.84 | 1,832.11 | 0.00 | 1,832.11 |
| Acct: 2562 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 3,714.11 | 2,475.46 | 0.00 | 2,475.46 |
| Acct: 0994 | | | | |
| CAPITOL INSURANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: KGDS | | | | |
| CENTRAL CARDIOVASCULAR ASSOCIATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5001 | | | | |
| CLEAR MOUNTAIN BANK | 3,716.00 | 2,476.72 | 0.00 | 2,476.72 |
| Acct: 1200 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 507.59 | 338.31 | 0.00 | 338.31 |
| Acct: 1690 | | | | |
| CREDIT PROTECTION ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1876 | | | | |
| QUANTUM3 GROUP LLC - AGENT GPCC | 296.45 | 197.58 | 0.00 | 197.58 |
| Acct: 0611 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 2,563.09 | 1,708.31 | 0.00 | 1,708.31 |
| Acct: 4484 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6335 | | | | |
| UPMC HEALTH SERVICES | 159.76 | 106.48 | 0.00 | 106.48 |
| Acct: 7424 | | | | |
| MARINER FINANCE LLC | 4,919.89 | 3,279.12 | 0.00 | 3,279.12 |
| Acct: 3754 | | | | |
| MON HEALTH MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 38X1 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 133.95 | 89.28 | 0.00 | 89.28 |
| Acct: 0936 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 9,008.88 | 6,004.43 | 0.00 | 6,004.43 |
| Acct: 4368 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 2,226.62 | 1,484.05 | 0.00 | 1,484.05 |
| Acct: 8585 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4294 | | | | |
| PNC BANK NA | 18,552.86 | 12,365.52 | 0.00 | 12,365.52 |
| Acct: 3754 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7503 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 1,978.29 | 1,318.54 | 0.00 | 1,318.54 |
|     Acct: 3679 | | | | |
|   SOUTHWOOD PSYCHIATRIC HOSPITAL | 250.00 | 166.63 | 0.00 | 166.63 |
|     Acct: 0634 | | | | |
|   SPRINT CORP(*) | 305.39 | 305.39 | 0.00 | 305.39 |
|     Acct: 4658 | | | | |
|   UNIVERSITY HEALTH ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0923 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 269.39 | 179.55 | 0.00 | 179.55 |
|     Acct: 0997 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 3,438.03 | 2,291.45 | 0.00 | 2,291.45 |
|     Acct: 0929 | | | | |
|   UPMC PHYSICIAN SERVICES | 165.24 | 110.13 | 0.00 | 110.13 |
|     Acct: 7424 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3868 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6302 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9359 | | | | |
|   TOYOTA MOTOR CREDIT CORP | 17,216.62 | 11,474.91 | 0.00 | 11,474.91 |
|     Acct: 1588 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0929 | | | | |
|   SHERYL HEID | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GUNTER HAYES AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PINNACLE RECOVERY INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DINSMORE & SHOHL LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEBT COLLECTION PARTNER++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FIDELITY PROPERTIES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RECEIVABLES PERFORMANCE MANAGEM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 54,408.29 |

TOTAL PAID TO CREDITORS                                                                                       121,318.68

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 5,394.03 |
| SECURED | 18,446.44 |
| UNSECURED | 81.479.76 |

Date: 12/06/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com